■ In the Matter of NASSAU BOCES CENTRAL COUNCIL OF TEACHERS, by its President, Robert Dreaper, on Behalf of Adult Education Instructors and All Others Similarly Situated, Appellant, v BOARD OF COOPERATIVE EDUCATIONAL

SERVICES OF NASSAU COUNTY et al., Respondents. — Judgment of the Supreme Court, Nassau County (McCaffrey, J.), dated September 29, 1982, affirmed, without costs or disbursements. (See *Matter of Feinerman v Board of Coop. Educational Servs.,* 48 NY2d 491; *Matter of Wiener v Board of Educ.,* 90 AD2d 832.) Titone, J. P., O'Connor, Weinstein and Rubin, JJ., concur.